IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| SHAWNA M. FLECK,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. C12-1029<br><br>ORDER GRANTING APPLICATION<br>FOR ATTORNEYS FEES |

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 14) filed by the Plaintiff on September 6, 2013, and the Response (docket number 15) filed by the Defendant on September 19, 2013. Plaintiff requests the Court order attorney fees in the amount of $4,037.42 and costs in the amount of $350. Defendant has no objection. The Court finds the motion should be granted.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 14) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Four Thousand Thirty-Seven Dollars and forty-two cents ($4,037.42) to be paid by the Social Security Administration, and costs in the amount of Three Hundred Fifty Dollars ($350.00) to be paid by the Judgment Fund administered by the Department of the Treasury.

DATED this 23rd day of September, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA